

EXHIBIT A

Prior U.S. Cl.: 200

Reg. No. 2,609,307

**United States Patent and Trademark Office**    Registered Aug. 20, 2002

## COLLECTIVE MEMBERSHIP
## PRINCIPAL REGISTER

### YOUNG AMERICANS FOR FREEDOM

YAF FOUNDATION (DELAWARE CORPORATION)
POST OFFICE BOX 3951
WILMINGTON, DE 19807

FOR: INDICATING MEMBERSHIP IN APPLICANT WHICH IS A CONSERVATIVE YOUTH ORGANIZATION TO FURTHER THE PURPOSES AND GOALS OF THE ORGANIZATION WHICH ARE SET FORTH IN THE SHARON STATEMENT, IN CLASS 200 (U.S. CL. 200).

FIRST USE 9-11-1960; IN COMMERCE 9-11-1960.

SEC. 2(F).

SER. NO. 76-240,443, FILED 4-16-2001.

BARBARA A. GOLD, EXAMINING ATTORNEY