
EXHIBIT B

Prior U.S. Cl.: 200

Reg. No. 2,634,488

**United States Patent and Trademark Office**   Registered Oct. 15, 2002

## COLLECTIVE MEMBERSHIP
## PRINCIPAL REGISTER

## YAF

YAF FOUNDATION (DELAWARE CORPORATION)
POST OFFICE BOX 3951
WILMINGTON, DE 19807

FOR: INDICATING MEMBERSHIP IN A CONSERVATIVE YOUTH ORGANIZATION, IN CLASS 200 (U.S. CL. 200).

FIRST USE 9-11-1960; IN COMMERCE 9-11-1960.

SER. NO. 76-239,954, FILED 4-16-2001.

SKYE YOUNG, EXAMINING ATTORNEY