
EXHIBIT C



## Know Your Enemy

Creating a podcast about the American right

7,408 members • 150 posts • $29,960/month

**Join for free**



Home    About

## Choose your membership

 Pay annually (Save 10%)

**YOU MIGHT LIKE**

### Young Americans for Freedom
**$5** / month

**Join**

This tier is to make sure Sam doesn't subsist exclusively on hot dogs. We put a lot of time, research, and care into each episode. To keep doing that, we need your support.

YAF members will receive:
- Access to Patreon-only **Bonus Episodes**
- Our eternal adoration and gratitude
- The comfort of knowing Sam might be eating a **vegetable** right now

### West Coast Straussians
**$10** / month

**Join**

All YAF tier benefits plus:
- Access to an **exclusive KYE-Inspired Spotify playlist**, curated by Matt and Sam, updated biweekly. We can't play copyrighted country music on the podcast anymore, but we can share it with you.
- The **exoteric** *and* **esoteric** meaning of all our content
- Digital subscription to **DISSENT** magazine

### John Birchers
**$25** / month

**Join**

All lower tier benefits plus:
- The option to participate in an **intimate, once** **month group video chat** with the hosts -- an opportunity to ask your burning questions, ge hottest takes, and also see the expression Sa makes when Matt is filibustering.

 

## Recent posts by Know Your Enemy

Post type ˅    Young Americans for Freedom (2) ˅    Date ˅    ≡↓    🔍 Search posts

✕ **Clear filters**



