IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:24-cv-00923-RDA-LRV, Case Name Young America's Foundation v. Sitman et al

Party Represented by Applicant: Matthew Sitman, Sam Adler-Bell, Foundation for the Study of Independent Social Ideas, Inc., and Know Your Enemy, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Carolyn Homer
Bar Identification Number 1049145; 286441   State District of Columbia; California
Firm Name Latham & Watkins LLP
Firm Phone # (202) 637-2200   Direct Dial # (202) 637-2379   FAX # (202) 637-2201
E-Mail Address carolyn.homer@lw.com
Office Mailing Address 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004

Name(s) of federal district court(s) in which I have been admitted See Attachment A

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Abid R. Qureshi                                       07/17/2024
(Signature)                                                  (Date)
Abid R. Qureshi                                            41814
(Typed or Printed Name)                           (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____                    _____
(Judge's Signature)                                      (Date)

## **Attachment A - Carolyn Homer's Federal Court Admissions**

U.S. Court of Appeals for the 5th Circuit, 17 July 2015
U.S. Court of Appeals for the 6th Circuit, 18 January 2019
U.S. Court of Appeals for the 9th Circuit, 17 July 2015
U.S. District Court - Central District of California, 05 December 2014
U.S. District Court - District of Maryland, 20 April 2018
U.S. District Court - Eastern District of Arkansas, 11 September 2018
U.S. District Court - Eastern District of California, 30 April 2021
U.S. District Court - Eastern District of Michigan, 15 March 2018
U.S. District Court - Eastern District of Wisconsin, 30 March 2018
U.S. District Court - Northern District of California, 15 January 2013
U.S. District Court - Southern District of California, 16 March 2018
U.S. District Court - Western District of Texas, 14 April 2019
U.S. Supreme Court, 19 June 2017