IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Young America's Foundation,<br><br>*Plaintiff,*<br><br>v.<br><br>Matthew Sitman, *et al.*,<br><br>*Defendants.* | Case No. 1:24-cv-00923-RDA-LRV |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Matthew Sitman, Sam Adler-Bell, the Foundation for the Study of Independent Social Ideas, Inc. d/b/a Dissent Magazine, and Know Your Enemy, Inc. move to dismiss Plaintiff's Complaint (ECF No. 2) pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: August 5, 2024

Respectfully submitted,

*/s/ Abid R. Qureshi*
LATHAM & WATKINS LLP
Abid R. Qureshi (VSB No. 41814)
Carolyn M. Homer (*pro hac vice*)
555 Eleventh Street, N.W. Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: abid.qureshi@lw.com
Email: carolyn.homer@lw.com

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF VIRGINIA
Eden B. Heilman (VSB No. 93554)
Andrea Fenster (*pro hac vice*)
701 E. Franklin Street, Suite 1412
Richmond, VA 23219
Telephone: (804) 644-8022
Facsimile: (804) 649-2733
Email: eheilman@acluva.org
Email: afenster@acluva.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Brian Hauss (*pro hac vice*)
Ben Wizner (*pro hac vice*)
Tyler Takemoto (*pro hac vice*)
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2604
Facsimile: (212) 549-2650
Email: bhauss@aclu.org
Email: bwizner@aclu.org
Email: ttakemoto@aclu.org

*Attorneys for Defendants Matthew Sitman, Sam Adler-Bell, and Foundation for the Study of Independent Social Ideas, Inc. and Know Your Enemy, Inc.*