AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Young America's Foundation )
*Plaintiff* )
v. ) Case No. 1:24-cv-00923-RDA-LRV
Sitman et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: Jan. 24, 2025

/s/ Matthew W. Callahan
*Attorney's signature*

Matthew W. Callahan, VSB No. 99823
*Printed name and bar number*
ACLU of Virginia
P.O. Box 26464
Richmond, VA 23261
*Address*

mcallahan@acluva.org
*E-mail address*

(804) 523-2146
*Telephone number*

(804) 649-2733
*FAX number*